ELIZABETH and WINIFRED LEE, by their Guardian and others, TRUS-
TEES of the BAPTIST CHURCH, of Newbern, *v.* WM. H. PEARCE and
wife, ELIZABETH.

This case also comes to the Supreme Court upon the ap-
peal of the defendants. It will be seen from the following
opinion of the Chief Justice, that the points raised in the
Court below, by the defendant, are unne?essary to be stated,
especially after the decision on the plair iff's appeal.

*Justice & Haughton,* for appellants.
*Green,* contra.

PEARSON, C. J.   The only mode by which the exceptions
of the defendants to the ruling of his Honor on the ques-
tion of admissibility of evidence could be presented to this
Court, was by a motion for *a venire de novo.* There having
been a verdict and judgment in favor of the defendants in
the Court below, and the motion for a *venire de novo* being
allowed, upon the exceptions and appeal of the plaintiff,
there is nothing presented by the appeal of the defendants
for this Court to act on.   Indeed, if both sides asked for *a
venire de novo,* there was no reason why the new trial should
not have been allowed as of course.

The appeal is dismissed as being improvidently taken.

PER CURIAM.                              Appeal dismissed.